# ROBERT SPIELMAN

ATTORNEY AT LAW
A PROFESSIONAL CORPORATION

March 30, 2017

Office of the Clerk
US Bankruptcy Court
197 S Main St
Wilkes Barre PA 18701

SUBJECT:   John J Sterner
           Case No 4:12-bk-06475

To Whom It May Concern:

Please note that the address of the above-referenced individual(s) has changed. The new address is as follows:

> John J Sterner
> 8445 Dunnellon Road
> Weeki Wachee FL 34613

Please mark this change on your records.

Thank you.

Sincerely,

*/s/ ROBERT SPIELMAN*

Robert Spielman

29 EAST MAIN STREET SUITE D BLOOMSBURG PA 17815-1804 • 14 SPRUCE AVENUE WILKES BARRE PA 18705-2214
TELEPHONE 570-380-1072 • FAX 570-784-3429