Rev. 03/01/13

LOCAL BANKRUPTCY FORM 3015-5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: John J Sterner : CHAPTER 13
:
Debtor(s) : CASE NO. 4:12-bk-06475

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND 11 U.S.C. §522(q)

*If a joint petition is filed, each spouse must complete and file a separate certification.*

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. § 1328(a), I certify that

☐ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☒ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address is: 8445 Dunnellon Rd Weeki Wachee Fl 34613

My current employer and my employer's address: BCI Intergrated Soulations 9419 Corporate Lake Dr Tampa FL 33634

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. §1328(h), I certify that:

☒ I have not claimed an exemption pursuant to 11 U.S.C. §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. §522(p)(1), and (2) that exceeds the aggregate valued allowed in 11 U.S.C. §522(q)(1), as amended.

☐ I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. §522(p)(1), and (2) that exceeds the aggregate valued allowed in 11 U.S.C. §522(q)(1), as amended.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

DATED: 4/14/2017                BY: *John J Sterner*
                                     John J Sterner

Rev. 03/01/13

LOCAL BANKRUPTCY FORM 3015-5

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Florence A Sterner : CHAPTER 13
 :
Debtor(s) : CASE NO. 4:12-bk-06475

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND 11 U.S.C. §522(q)**

*If a joint petition is filed, each spouse must complete and file a separate certification.*

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. § 1328(a), I certify that

[X] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ] I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address is:_____

My current employer and my employer's address:_____

_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. §1328(h), I certify that:

[X] I have not claimed an exemption pursuant to 11 U.S.C. §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. §522(p)(1), and (2) that exceeds the aggregate valued allowed in 11 U.S.C. §522(q)(1), as amended.

[ ] I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. §522(p)(1), and (2) that exceeds the aggregate valued allowed in 11 U.S.C. §522(q)(1), as amended.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

DATED: 4/8/2017     BY: *Florence A Sterner*
                         Florence A Sterner