Check No. 1171307

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 12-06475-JJT | 999-0 | JOHN J. STERNER<br>Original Check written to:<br>JOHN J. STERNER and FLORENCE A. STERNER<br>8445 DONNELLON ROAD<br>WICKI WACHEE, FL 34613- | | 0.00 | 50.00 | 0.00 | 50.00 |
| 12-06622-RNO | 006-0 | BRYAN K. HOUSE<br>Original Check written to:<br>ECMC<br>LOCKBOX 8682<br>P.O. BOX 16478<br>ST PAUL, MN 55116-0478 | 7310 | 2,702.38 | 1.21 | 0.00 | 1.21 |
| 12-06622-RNO | 007-0 | BRYAN K. HOUSE<br>Original Check written to:<br>ECMC<br>LOCKBOX 8682<br>P.O. BOX 16478<br>ST PAUL, MN 55116-0478 | 7310 | 1,599.69 | 0.72 | 0.00 | 0.72 |
| 13-03497-JJT | 001-0 | EDWARD S. MURRAY<br>Original Check written to:<br>FIRST NATIONAL BANK OF OMAHA<br>BARTON NEIL, ESQ.<br>1060 ANDREW DRIVE, STE 170<br>WEST CHESTER, PA 19380- | 5540 File C-59549 | 5,808.71 | 329.35 | 0.00 | 329.35 |
| 13-03940-JJT | 999-0 | JEFFREY J. PAULSON<br>Original Check written to:<br>JEFFREY J. PAULSON and JOAN M. PAULSON<br>331 OAKMONT LANE<br>MOUNTAIN TOP, PA 18707 | | 0.00 | 200.09 | 0.00 | 200.09 |
| 13-04190-JJT | 999-0 | MONICA WEAVER<br>Original Check written to:<br>MONICA WEAVER<br>831 WILLOWBROK ROAD<br>STATEN ISLAND, NY 10314- | | 0.00 | 8.69 | 0.00 | 8.69 |
| 13-04326-RNO | 017-0 | DOMENICO A. PANUCCIO<br>Original Check written to:<br>GE CAPITAL<br>PO BOX 965004<br>ORLANDO, FL 32896- | 5586 | 0.00 | 2,000.00 | 0.00 | 2,000.00 |
| 13-04326-RNO | 014-0 | DOMENICO A. PANUCCIO<br>Original Check written to:<br>LONG MEADOWS APARTMENTS<br>2 RICHLAND LANE<br>CAMP HILL, PA 17011- | 5586 | 0.00 | 981.80 | 0.00 | 981.80 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1171307

August 10, 2017

PAY** Three Thousand Five Hundred Seventy One Dollars and 86 Cents***************

AMOUNT**$3,571.86**********

TO THE ORDER OF

VOID AFTER November 08, 2017
Positive Pay Account

CLERK U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-

Case 4:12-bk-06475-JJT  Doc 30  Filed 08/10/17  Entered 08/10/17 07:52:15  Desc
Main Document  Page 1 of 1