Check No. 1175537

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
**\*\*\*\*\* FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.  \*\*\*\*\***

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 11-01487-JJT | 004-0 | GEORGE DANIEL GARNIER SR<br>Original Check written to:<br>BENEFICIAL<br>PO BOX 1547<br>CHESAPEAKE, VA 23327- | 8698 | 5,048.43 | 4,951.57 | 0.00 | 4,951.57 |
| 11-05425-JJT | 999-0 | ROBERT L TOVAY JR<br>Original Check written to:<br>**ROBERT L TOVAY JR<br>278 LEHIGH STREET<br>WILKES-BARRE, PA 18702 | | 0.00 | 5.55 | 0.00 | 5.55 |
| 11-07749-JJT | 999-0 | LINDA A WHITAKER<br>Original Check written to:<br>**LINDA A WHITAKER<br>240 SEDBURGH CT.<br>BUSHKILL, PA 18324 | | 0.00 | 5.38 | 0.00 | 5.38 |
| 12-05443-JJT | 005-0 | BEATRICE STELLA THOMAS<br>Original Check written to:<br>FAINBERG FURNITURE STORE<br>P.O. BOX 120<br>PLYMOUTH, PA 18651- | 1410 | 271.25 | 26.83 | 0.00 | 26.83 |
| 12-05449-RNO | 004-0 | MELINDA C. BROWNLEE<br>Original Check written to:<br>BETA FINANCE<br>P.O. BOX 6000<br>CROWN PT, IN 46308 | 7130 | 2,582.15 | 285.76 | 0.00 | 285.76 |
| 12-06508-RNO | 999-0 | KEVIN JOHN KRENTLER<br>Original Check written to:<br>KEVIN J & TAMMY S KRENTLER<br>C/O SCOTT A RUTH ESQUIRE<br>123 BROADWAY<br>HANOVER, PA 17331 | | 0.00 | 15.25 | 0.00 | 15.25 |
| _12-06475_ 070-0 | | _John J + Florence A Sterner_<br>Original Check written to:<br>JOHN J & FLORENCE A STERNER<br>38 E 9TH STREET<br>GLENDORA, NJ 08029 | | 0.00 | 100.00 | 0.00 | 100.00 |
| 16-01443-RNO | 001-1 | JENNIFER S. GRIMM<br>Original Check written to:<br>HUD<br>451 SEVENTH STREET S.W.<br>WASHINGTON, DC 20410 | 441-8817486 | 72,466.32 | 44.43 | 0.00 | 44.43 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1175537

November 08, 2017

PAY** Five Thousand Four Hundred Thirty Four Dollars and 77 Cents****************

AMOUNT**$5,434.77**********

TO THE ORDER OF

VOID AFTER February 06, 2018
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101-



⑈1175537⑈ ⑆031304142⑆ 1618 66156⑈